UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONIA TUFANO,

                Plaintiff,

          -against-                    **ORDER**
                                          CV 05-2520 (ERK)(ARL)

TRIBUNE COMPANY, et al.,

                Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' letter application dated March 21, 2006, seeking to compel the plaintiff to produce written responses to the defendants' First Set of Interrogatories and First Request for the Production of Documents and her Rule 26(a) initial disclosures, and to make herself available for a deposition. That request is granted, as unopposed. The plaintiff shall respond to the defendants' requests and produce her Rule 26(a) initial disclosures by April 17, 2006. The plaintiff shall make herself available for a deposition, at a time mutually agreed upon by the parties, but no later than April 26, 2006. The plaintiff is warned that her failure to comply with this order may result in the imposition of sanctions, including a recommendation that the action be dismissed with prejudice pursuant to Rule 41(b) for failure to prosecute and/or pursuant to Rule 37(d) for failure to appear for her own deposition or to respond to the defendants' requests.

Dated:  Central Islip, New York                   **SO ORDERED:**
         April 3, 2006

                                                   _____/s/_____
                                                   ARLENE R. LINDSAY
                                                   United States Magistrate Judge